UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>KHALIIL AHMED,<br><br>              Defendant. | CASE NO. **24-CR-187-RAJ**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with felon in possession of a firearm. The government argues Defendants committed this crime while he was also engaged in drug trafficking activity. The government argues the evidence is strong that Defendant's drug trafficking was prolific and involved large quantities. The government claims Defendant was also involved in a shooting in which Defendant pointed a gun at the victim, and that Defendant uses social media to highlight his firearm possession. Defendant was convicted of unlawful possession of a firearm in state court and sentence to 20 months of imprisonment but persists in possessing firearms.

DETENTION ORDER - 1

Defendant is currently on supervision by state authorities for an offense committed in Minnesota. The Court finds Defendant poses a serious risk to flee. He has moved about the country as shown by his convictions in other states. His performance on supervision has been poor and he has had multiple violations while on supervision. There can be no confidence Defendant will appear and not flee given his pattern of disregarding conditions of his sentence. Further, when Defendant was arrested, he told law enforcement he was planning on leaving the county by getting a job in Qatar. The Court accordingly finds Defendant shall be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 4th day of November, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2