1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8
9
10
11
12

| UNITED STATES OF AMERICA, | ) | Case No: 2:24-CR-187-JHC |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO CONTINUE TRIAL |
| vs. | ) ) ) | |
| KHALIIL AHMED, | ) ) ) | |
| Defendant. | ) ) | |

13
14
15
16
17
18
19
20
21
22
23
24
25

THE COURT has considered Mr. Ahmed's Unopposed Motion to Continue the Trial Date and the facts and circumstances described therein, which are hereby incorporated as findings of fact, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Mr. Ahmed the opportunity to receive and review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defense has requested more time to prepare for trial, investigate the matter, gather evidence material for the defense, and consider possible defenses;

ORDER GRANTING MOTION TO
CONTINUE-1

1    (d) the case is sufficiently serious and complex that it is unreasonable to

2 expect adequate preparation for pretrial proceedings or the trial itself within the

3 current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

4    (e) the ends of justice will best be served by a continuance, and the ends of

5 justice outweigh the best interests of the public and both defendants in a speedier

6 trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

7    (f) the additional time requested between the current trial date of May 12,

8 2025, and the new trial date is necessary to provide counsel for Mr. Ahmed the

9 reasonable time necessary to prepare for trial; and

10    (g) the period of delay from the date of this order to the new trial date is

11 excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

12 (h)(7)(B)(iv).

13    It is ORDERED that the trial date will be continued to September 8, 2025,

14 and pretrial motions shall be filed no later than July 28, 2025.

15

16    DATED this 27th day of March, 2025.

17

18    _John H. Chun_
    Hon. John H. Chun
19    United States District Court

20 /s/ Mark J. O'Brien
    _____
21 Mark J. O'Brien
    Attorney for the Defendant
22

23    _Thomas E. Weaver_
    _____
24 Thomas E. Weaver WSBA # 22488
    Attorney for the Defendant – Local Counsel
25

ORDER GRANTING MOTION TO              O'Brien Hatfield PA
CONTINUE-2                        511 West Bay Street, Suite 330
                                      Tampa, Florida 33606
                                        (813) 228-6989